Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

Wilbert Jackson
Plaintiff

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 17-CV-6448

v.

Louis Mastrangelo
Defendant

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the case is dismissed with prejudice.

Date: November 27, 2023

MARY C. LOEWENGUTH
CLERK OF COURT

By: Dawn K.
      Deputy Clerk